UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASMIR PJETROVIC,

Plaintiff,

-v.-

PINNACLE GROUP NY LLC et al.,

Defendants.

25 Civ. 4139 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On January 2, 2026, Plaintiff Asmir Pjetrovic moved for a default judgment against Defendants Pinnacle Group NY LLC, 3647 Realty Co LLC, and 3657 Realty Co LLC. ECF No. 20. In support, Plaintiff filed an affirmation and a proposed default judgment. ECF Nos. 19, 21.

According to the Court's Individual Rules and Practices in Civil Cases, any motion for a default judgment should include, *inter alia*, "[a] memorandum of law setting forth: i. legal authority for why service of the summons and complaint was proper; ii. choice of law; iii. the elements of each cause of action as to which default judgment is sought, with supporting legal authority; iv. for each defendant and for each cause of action as to which default judgment is sought, an analysis demonstrating that the facts pleaded in the complaint support the conclusion that the relevant defendant is liable with respect to that cause of action; v. legal authority supporting each category of damages requested; vi. legal authority for why an inquest into damages is or is not necessary; and vii. where, in the view of the moving party no inquest is necessary, for each defendant as to which default judgment is sought, an analysis demonstrating that the information presented together with the application for default judgment support the requested award of damages." *See* Indiv. Civil R. & Pracs. Attachment A. The rules also require Plaintiff to "(1) serve the motion and all supporting papers on the party against whom a default judgment is sought, and (2) file an affidavit of service on ECF." *Id.*

Plaintiff did not file the requisite memorandum of law or an affidavit of service of the motion for a default judgment. Plaintiff's motion for a default judgment is denied without prejudice to renewal. If Plaintiff plans to proceed with seeking a default judgment, then he shall follow the Court's Individual Rules and Practices and file a corrected motion for a default judgment, including the memorandum of law, proof of service, and other supporting documents, by **September 28, 2026**.

The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

Dated: September 13, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge